# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OCTAVIUS A. MURPHY,        )
                Plaintiff,     )
                        )
v.                       )         **1:09 CV 915**
                        )
                        )
ALLSTATE CORPORATION,     )
ALLSTATE INSURANCE COMPANY,  )
And ALLSTATE FINANCIAL       )
SERVICES, LLC,               )
                        )
            Defendants.    )

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 27, 2011, was served on the parties in this action.   Plaintiff objected to the Recommendation in part.

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report.   The Court accepts and adopts the Magistrate Judge's recommendation in full.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss Counts One and Two of the Plaintiff's First Amended Complaint and to Dismiss Defendant Allstate Corporation [Doc. 11] is **GRANTED**.

This the 22nd day of November, 2011.

_____
United States District Judge